IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. MARIA LOUISA MARTINEZ            Criminal Action No. 06-cr-00253-MSK-01

**Petition for Early Termination of Supervised Release**

COMES NOW, Shelley Seacotte, probation officer of the court, presenting an official report upon the conduct and attitude of Maria Louisa Martinez, who was placed on supervision by the Honorable David Briones sitting in the court at El Paso, Texas, on the 20th day of December, 2001, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall perform 200 hours of community service as directed by the probation officer.

2. The defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction of drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer.

3. The defendant will attend and participate in a General Equivalency Diploma Program as directed by the probation officer.

**On March 3, 2006, the defendant's conditions of supervised release were modified to include**:

4. The defendant shall participate in a program for the treatment of mental health as directed by the U.S. Probation Office. The defendant may be required to contribute to the cost of services rendered (co-payment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

**On June 23, 2006, jurisdiction was transferred from the Western District of Texas to the District of Colorado**.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

| ORDER OF THE COURT | Respectfully, |
|---|---|
|  | s/ Shelley Seacotte |
| Considered and ordered this 27th day of April 2009, and ordered filed and made a part of the record in the above case. | Shelley Seacotte<br>U.S. Probation Officer |
|  | Place: Denver, Colorado |
| */s/ Marcia S. Krieger* |  |
| Marcia S. Krieger<br>U.S. District Judge | Date: April 27, 2009 |